**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: APPOINTMENT TO DOMESTIC | : | No. 615 |
| | : | |
| RELATIONS PROCEDURAL RULES | : | CIVIL PROCEDURAL RULES |
| | : | |
| COMMITTEE | : | |

## **O R D E R**

**PER CURIAM:**

AND NOW, this 17th day of February, 2015, Lucille Marsh, Esquire, Lackawanna County, is hereby appointed as a member of the Domestic Relations Procedural Rules Committee for a term of three years commencing March 1, 2015.